No. 02-373.  ORANGE BANG, INC., ET AL. *v.* JUICY WHIP, INC. C. A. Fed. Cir.  Certiorari denied.

No. 02-376.  MYRLAND ET AL. *v.* MINNESOTA.  Ct. App. Minn. Certiorari denied.

No. 02-382.  MACHULAS *v.* OVERCAMP.  Sup. Ct. Del.  Certiorari denied.

No. 02-383.  CAMPANA *v.* CITY OF GREENFIELD, MASSACHUSETTS, ET AL.  C. A. 7th · Cir.  Certiorari denied.

No. 02-387.  BAUTISTA RIVERA *v.* STATE BAR OF CALIFORNIA. Sup. Ct. Cal.  Certiorari denied.

No. 02-388.  REINERT & DUREE, P. C., ET AL. *v.* SOSNE.  C. A. 8th Cir.  Certiorari denied.

No. 02-389.  QUINN *v.* SHIREY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02-390.  BAREFOOT ET AL. *v.* CITY OF WILMINGTON, NORTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02-391.  WASHINGTON *v.* MCCAULEY.  Ct. Sp. App. Md. Certiorari denied.

No. 02-406.  FORD MOTOR CO. *v.* JARVIS.  C. A. 2d Cir.  Certiorari denied.

No. 02-461.  MARTY ET AL. *v.* SUPREME COURT OF LOUISIANA; and ROYOT *v.* SUPREME COURT OF LOUISIANA.  Sup. Ct. La. Certiorari denied.  Reported below: 819 So. 2d 278.

No. 02-474.  SCHEID ET AL., AS SUCCESSORS TO SECURITIES INVESTOR PROTECTION CORP. *v.* GOLDBERG.  C. A. 10th Cir. Certiorari denied.

No. 02-528.  BRANTLEY *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 02-536.  BENTON *v.* UNITED STATES.  C. A. Armed Forces. Certiorari denied.